# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 10-63945 |
| | : | |
| Timothy E. Welsh | : | Chapter 7 |
| | : | |
| Debtor | : | Judge Preston |

## NOTICE OF RESCHEDULED "341" MEETING OF CREDITORS

The "341" Meeting of Creditors for the above referenced debtors has been rescheduled from January 6, 2010 at 10:00 a.m. to the following date:

"341" Meeting of Creditors       December 23, 2010 at 9:30 a.m.

The meeting will be held in the Trustee Meeting Room, First Floor, 170 North High Street, Columbus, Ohio 43215.

Respectfully submitted,

**LUPER, NEIDENTHAL & LOGAN**
**A Legal Professional Association**

/s/ Frederick M. Luper
_____
Frederick M. Luper (0019289)
50 West Broad Street, Suite 1200
Columbus, OH 43215
Tele: 614-221-7663
Fax: 866-345-4948
E-mail: fluper@lnlattorneys.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. mail on November 30, 2010 upon the following persons:

Timothy E. Welsh
1474 College Hill Drive
Columbus, OH 43221

232 N. Third, LLC
232 N. Third Street
Columbus, OH 43215

Alyson Welsh
1474 College Hill Road
Columbus, OH 43221

American Electric Power
P.O. Box 24418
Canton, OH 44701-4418

Chela
Attn: Bankruptcy
PO Box 9500
Wilkes-Barre, PA 18773

Chris Meyers
232 N. Third Street
Columbus, OH 43215

Citizens Bank
29225 Chagrin Boulevard
Beachwood, OH 44122

Columbia Gas
PO Box 742510
Cincinnati, OH 45274-2510

Columbus Wood Products
1800 E. 5th Avenue
Columbus, OH 43219

David Day
22 E. Gay Street, Suite 800
Columbus, OH 43215

Don DeVere
22 E. Gay Street, Suite 800
Columbus, OH 43215

Education Financial Services/Nelnet
Attn: Claims
PO Box 82561
Lincoln, NE 68501

Edwards / Mooney & Moses
1320 McKinley Avenue, Suite B
Columbus, OH 43222

Efficent Electric Corporation
4800 Groves Road
Columbus, OH 43232-4165

Elliott Group, Inc.
52 South High Street
Dublin, OH 43017

FIA Card Services
PO Box 15019
Wilmington, DE 19886-5019

FIA CSNA
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Fifth Third Auto Leasing
PO Box 630041
Cincinnati, OH 45263-0041

First Bexley Bank
2680 East Main Street
Columbus, OH 43209

First Bexley Bank
2680 E. Main Street
Columbus, OH 43209

Franklin County Auditor
373 S. High Street, 20th Floor
Columbus, OH 43215

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

GEMB
PO Box 981402
El Paso, TX 79998

Hanno Schickram
4153 Oxford Drive
Columbus, OH 43220

Huntington Merchant Services
5251 Westheimer Road
Houston, TX 77056-5404

Huntington National Bank
Attention: Bankruptcy
2361 Morse Road
Columbus, OH 43229

John Hanks
2205 Tremont Road
Columbus, OH 43221

Nationwide Children's Hospital
PO Box 182888
Columbus, OH 43218-2888

New Avenue
7140 N. High Street, Suite 230
Worthington, OH 43085-2495

Paul Tingley
8520 Cotter Street
Lewis Center, OH 43035

Plain City Plumbing, Inc.
740 West Main Street
Plain City, OH 43064

Point One Design
933 North Hight Street, Suite 106
Worthington, OH 43085-4046

Queen City Repographics
2863 E. Sharon Road
Cincinnati, OH 45240

Recovery One
PO Box 20404
Columbus, OH 43220-0404

Richard T. Day
22 E. Gay Street, Suite 800
Columbus, OH 43215

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Schmitt Tree Experts
3903 Westerville Road
Columbus, OH 43224

Shelley Metz Baumann Hawk
1166 Dublin Road, Suite 200
Columbus, OH 43215-1038

State Bank & Trust Co.
PO Box 467
Defiance, OH 43512

The Huntington National Bank
PO Box 182232, NC1W32
Columbus, OH 43218-2232

The Ohio State University
College of Dentistry
305 W. 12th Avenue
Columbus, OH 43210-1267

The State Bank and Trust Co.
401 Clinton Street
Defiance, OH 43512

US Bank
101 5th Street E, Suite A
Saint Paul, MN 55101

Volkswagen Credit

P.O. Box 3
Hillsboro, OR 97123

Walhalla Developement Group, LLC
8520 Cotter Street
Lewis Center, OH 43035

Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL 60197-5296

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701

WesBanco
1 Bank Plaza
Wheeling, WV 26003

Wesbanco Bank, Inc.
5680 North Hamilton Road
Columbus, OH 43230

WesBanco Bank, Inc.
4740 Reed Road, Suite 200
Columbus, OH 43220

  I hereby certify that a copy of the foregoing Notice of Rescheduled "341" Meeting of Creditors was electronically transmitted on or about November 30, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Asst US Trustee (Col)

- Sara J Daneman

                /s/ Frederick M. Luper
                _____
                Frederick M. Luper