# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION – COLUMBUS

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 10-63945 |
| TIMOTHY E. WELSH, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge C. Kathryn Preston |
| ) | |
| ) | **TRUSTEE'S ABANDONMENT** |
| ) | |
| ) | **REAL PROPERTY ADDRESS:** |
| ) | **488 EAST KOSSUTH STREET,** |
| ) | **COLUMBUS, OH 43206** |

The Trustee having determined that The State Bank and Trust Company ("The State Bank"), has a valid and perfected security interest/mortgage lien in and upon the following real property: 488 East Kossuth Street, Columbus, OH 43206, and as further described in **Exhibit A** attached hereto (the "Collateral"), and the Trustee having determined that there is no equity in the Collateral for the benefit of unsecured creditors; the Trustee hereby abandons its interest, if any, in said Collateral as an asset that is burdensome and of inconsequential value to the Debtor's estate.

Date: *1/21/2011*

*/s/ Sara J. Daneman*

Sara J. Daneman, Chapter 7 Trustee

SUBMITTED BY:

*/s/ Adam A. Beane*
_____
Michael J. Barren (0029282)
Adam A. Beane (0080343)
BARREN & MERRY CO., L.P.A.
110 Polaris Parkway, Suite 302
Westerville, OH 43082
mbarren@barrenmerrylaw.com
abeane@barrenmerrylaw.com
(614) 776-1000 Telephone
(614) 865-3396 Facsimile
*Attorneys for The State Bank and Trust Company*

BML#71105-v1                                    1

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, a copy of the foregoing *Trustee's Abandonment* was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst US Trustee (Col)

Sara J. Daneman, Esq.

Erin Jochim, Esq.

Frederick M. Luper, Esq.

and on the following by **ordinary U.S. Mail** addressed to:

Timothy E. Welsh
1474 College Hill Drive
Columbus, OH 43221

*/s/ Adam A. Beane*
Adam A. Beane (0080343)