BK1100445
SRD

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

IN RE: | Case No. 10-63945

Timothy E. Welsh | Chapter 7

| Judge Preston

                Debtor

**Trustee's Abandonment of Property 1474 COLLEGE HILL DRIVE  UPPER ARLINGTON, OH 43221**

    On request of the secured creditor, Wells Fargo Bank, N.A. for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset that is of inconsequential value to the estate; to wit:

    FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED HERETO.


                              /s/ Sara J. Daneman, Trustee

CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE / NO OBJECTION

This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice requests have been filed before the conclusion of the 341 meeting, or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

/s/ Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Amy D. Vogel, Esq.
Bar Registration No. 0075169
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

# **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, Wells Fargo Bank, N.A., was electronically transmitted on or about January 26, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:


Frederick M Luper, Esq.
50 West Broad Street Suite 1200
Columbus, OH 43215
fluper@lnlattorneys.com

Sara J. Daneman, Trustee
62 Mill Street
Gahanna, OH 43230
sjdtrust2000@yahoo.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

      The undersigned certifies that a copy of the foregoing Trustee's Abandonment of the Property of the secured creditor, Wells Fargo Bank, N.A., was transmitted on or about January 26, 2011 via regular U.S. mail, postage pre-paid:

Timothy E. Welsh
1474 College Hill Drive
Columbus, OH 43221

Franklin County Auditor
373 S High Street, 20th Floor
Columbus, OH 43215

Alyson Welsh
1474 College Hill Road
Columbus, OH 43221


                                              /s/ Erin A Jochim, Case Attorney