**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION - COLUMBUS**

| | |
|---|---|
| In re:<br><br>TIMOTHY E. WELSH,<br><br>　　　　　Debtor. | Case No. 10-63945<br>Chapter 7<br>Judge C. Kathryn Preston<br><br>**TRUSTEE'S CORRECTED ABANDONMENT**<br><br>Real Property Located At:<br><br>67 - 71 East Fifth Avenue and 1181 East Fifth Avenue, Columbus, Ohio |

Now comes the Trustee who, upon the request of the secured creditor, The First Bexley Bank, for an abandonment of the Debtor's property located at 67 - 71 East Fifth Avenue, Columbus, Ohio, and 1181 East Fifth Avenue, Columbus, Ohio (collectively, the "Property"), and having determined that The First Bexley Bank has a valid and perfected security interest in the Property and that there is no equity in the Property for the benefit of unsecured creditors, the Trustee does hereby abandon all its interest in the Property as more fully-described below, as being an asset that is burdensome and of inconsequential value to the Debtor's estate:

**SEE "EXHIBIT A" ATTATCHED HERETO FOR LEGAL DESCRIPTION OF PROPERTY BEING ABANDONED.**

Dated: May 20, 2011　　　　　　　/s/ Sara J. Daneman
　　　　　　　　　　　　　　　　Sara J. Daneman, Chapter 7 Trustee

Submitted by:

/s/ Charles A. Koenig
Charles A. Koenig (0018358)
326 South High Street, Suite 300
Columbus, Ohio 43215
614-241-5902 tele.
614-241-5909 facs.
ckoenigattorney@gmail.com
Attorney for The First Bexley Bank

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Corrected Abandonment was, on this 23rd day of May, 2011, served via the Court's ECF system on the following parties:

Sara J. Daneman, Trustee

Assistant U.S. Trustee

Frederick M. Luper, Esq., Attorney for the Debtor

Erin A. Jochin, Esq., Attorney for Wells Fargo Bank, N.A.

Adam A. Beane, Esq., Attorney for The State Bank and Trust Company

and by regular U.S. Mail, postage prepaid, on the following parties:

Timothy E. Welsh
1474 College Hill Drive
Columbus, Ohio 43221

Alyson Welsh
1474 College Hill Drive
Columbus, Ohio 43221

Franklin County Auditor
373 South High Street, 20th Floor
Columbus, Ohio 43215

/s/ Charles A. Koenig
Charles A. Koenig (0018358)
Attorney for The First Bexley Bank

# EXHIBIT A
# TO TRUSTEE'S CORRECTED ABANDONMENT

# LEGAL DESCRIPTION

SITUATED IN THE STATE OF OHIO, COUNTY OF FRANKLIN, AND IN THE CITY OF COLUMBUS, AND BOUNDED AND DESCRIBED AS FOLLOWS:

BEING UNIT 67 #1 BUILDING A; UNIT 67 #2 BUILDING A; UNIT 71 #1 BUILDING B; UNIT 1181 #1 BUILDING C; AND UNIT 1181 #2 BUILDING C, IN SAY AVENUE COMMONS CONDOMINIUM, AS THE SAME ARE DESIGNATED, DELINEATED AND DESCRIBED IN THE DECLARATION AND ON THE DRAWINGS THEREOF, OF RECORD, RESPECTIVELY, IN INSTRUMENT NUMBER 200803070035535, AND CONDOMINIUM PLAT BOOK 200, PAGES 83 THROUGH 89, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO.

PARCEL NOs.  010-286565 (UNIT 67 #1 BUILDING A)
010-286566 (UNIT 67 #2 BUILDING A)
010-286569 (UNIT 71 #1 BUILDING B)
010-286571 (UNIT 1181 #1 BUILDING C)
010-286572 (UNIT 1181 #2 BUILDING C)

PARENT PARCEL NO. 010-018050.

ADDRESS: 67-71 AND 1181 EAST FIFTH AVENUE, COLUMBUS, OHIO 43201.